| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | PETER A. KRAUSE<br>Supervising Deputy Attorney General |
| 3 | ANTHONY P. O'BRIEN<br>Deputy Attorney General |
| 4 | State Bar No. 232650<br>  1300 I Street, Suite 125 |
| 5 |   P.O. Box 944255<br>  Sacramento, CA 94244-2550 |
| 6 |   Telephone: (916) 323-6879<br>  Fax: (916) 324-8835 |
| 7 |   E-mail: Anthony.OBrien@doj.ca.gov<br>*Attorneys for Defendant Kamala D. Harris,* |
| 8 | *Attorney General of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **BRUCE BOSTON,**<br><br>                                    Plaintiff,<br><br>            v.<br><br>**KAMALA D. HARRIS in her official capacity as Attorney General of California,**<br><br>                                    Defendant. | CV 11-01873-PSG<br><br>**STIPULATED REQUEST FOR AN ORDER SHORTENING TIME FOR HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>[Civil L. R. 6-2, 7-12] |

///

///

///

1  Plaintiff Bruce Boston and Defendant Kamala D. Harris, Attorney General of California,
2  hereby stipulate to a request for an order from the Court to shorten the time for hearing of
3  Defendant's Motion to Dismiss, filed on September 8, 2011, to less than the 35 days required
4  under Local Rule 7-2(a). Through this stipulation, the parties request that the court allow
5  Defendant to notice the Motion to Dismiss hearing for Tuesday, October 4, 2011, at 10:00 a.m. in
6  Department 5 of this Court before the Honorable Paul S. Grewal. Plaintiff's opposition to the
7  Motion to Dismiss will be due Tuesday, September 20, 2011, and Defendant's reply brief will be
8  due on Tuesday, September 27, 2011.

IT IS SO STIPULATED.

Dated: 9/4/11

Bruce Boston
Plaintiff Pro Se

Dated: 9/6/11

Anthony P. O'Brien
Deputy Attorney General
Attorney for Defendant Kamala D. Harris,
Attorney General of California

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 8, 2011

The Honorable Paul S. Grewal
UNITED STATES MAGISTRATE JUDGE

SA2011102039
10747571.doc