1  KAMALA D. HARRIS
   Attorney General of California
2  PETER A. KRAUSE
   Supervising Deputy Attorney General
3  ANTHONY P. O'BRIEN
   Deputy Attorney General
4  State Bar No. 232650
   1300 I Street, Suite 125
5  P.O. Box 944255
   Sacramento, CA 94244-2550
6  Telephone: (916) 323-6879
   Fax: (916) 324-8835
7  E-mail: Anthony.OBrien@doj.ca.gov
   *Attorneys for Defendant Kamala D. Harris,*
8  *Attorney General of California*

9
                    IN THE UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12

13

14  | **BRUCE BOSTON,** | CV 11-01873-PSG |
    |---|---|
15  | Plaintiff, | **STIPULATED REQUEST FOR AN ORDER SHORTENING TIME FOR HEARING ON DEFENDANT'S MOTION TO DISMISS** |
16  | v. | |
17  | **KAMALA D. HARRIS in her official capacity as Attorney General of California,** | [Civil L. R. 6-2, 7-12] |
18  | | |
19  | Defendant. | |

20

21  / / /

22  / / /

23  / / /

24

25

26

27

28
                                    1
                                                Stipulated Request For An Order Shortening Time for Hearing on
                                                Defendant's Motion to Dismiss  (CV 11-01873-PSG)

1    Plaintiff Bruce Boston and Defendant Kamala D. Harris, Attorney General of California,

2    hereby stipulate to a request for an order from the Court to shorten the time for hearing of

3    Defendant's Motion to Dismiss, filed on September 8, 2011, to less than the 35 days required

4    under Local Rule 7-2(a).  Through this stipulation, the parties request that the court allow

5    Defendant to notice the Motion to Dismiss hearing for Tuesday, October 4, 2011, at 10:00 a.m. in

6    Department 5 of this Court before the Honorable Paul S. Grewal.  Plaintiff's opposition to the

7    Motion to Dismiss will be due Tuesday, September 20, 2011, and Defendant's reply brief will be

8    due on Tuesday, September 27, 2011.

9    IT IS SO STIPULATED.

10

11   Dated: _____

                                    _____
12                                   Bruce Boston
                                    Plaintiff Pro Se
13

14   Dated: 9/6/11                   _____
                                    Anthony P. O'Brien
15                                   Deputy Attorney General
                                    Attorney for Defendant Kamala D. Harris,
16                                   Attorney General of California
17

18   PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20   Dated: ____ September 8, 2011    _____
                                    The Honorable Paul S. Grewal
21                                   UNITED STATES MAGISTRATE JUDGE

22   SA2011102039
     10747571.doc
23

24

25

26

27

28